UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

E-CORE IT SOLUTIONS, LLC,

    Plaintiff,

v.                                 CASE No. 8:14-CV-927-T-TGW

UNATION, LLC,

    Defendant.

_____

## O R D E R

THIS CAUSE came on for consideration upon the Motion for Rule 11 Sanctions (Doc. 30). The motion fails to contain a memorandum of legal authority as required by Local Rule 3.01(a). In addition, the motion fails to contain the certification required by Local Rule 3.01(g).

It is, therefore, upon consideration

ORDERED:

That the Motion for Rule 11 Sanctions (Doc. 30) be, and the same is hereby, **DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this 20th day of August, 2014.

                                                THOMAS G. WILSON
                                              UNITED STATES MAGISTRATE JUDGE